EDWARD MATTHEWS, Respondent, *v.* BENEDICT MEYBERG AND OTHERS, Appellants.

APPEAL from a judgment in favor of plaintiff, entered on a verdict.

The action was brought to recover rent alleged to be due the plaintiff from the defendants. The defendants set up in their answer an eviction from the premises, and damage to their goods by water and exposure, from acts of plaintiff in making certain changes in the premises. The court was of opinion, as it was expressly provided in the lease that such changes and alterations in the premises might be made, and there was no negligence shown in making the same, that the defense had failed, and that judgment was properly entered for the plaintiff.

*Lewis Sanders,* for the appellants.

*E. Delafield Smith,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment affirmed.